**George W. DAVIS, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 16526.**

United States Court of Appeals, Fifth Circuit.

May 17, 1957.

Rehearing Denied June 26, 1957.

David W. Palmer, Destin, Fla., Walter G. Cornett, Earl R. Duncan, William B. Leath, Panama City, Fla., for appellant.

Walter R. Gelles, Atty., Dept. of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., Harrold Carswell, U. S. Atty., Joseph P. Manners, Asst. U. S. Atty., Tallahassee, Fla., George F. Lynch, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before HUTCHESON, Chief Judge, and JONES and BROWN, Circuit Judges.

PER CURIAM.

The judgment appealed from was entered upon, and in exact accordance with, the mandate of this court issued out of Davis v. United States, 5 Cir., 235 F.2d 174.

In accordance with the settled law, such an appeal may not be maintained, and it is dismissed. Amalgamated Ass'n of St. Elec. Ry. & Motor Coach Emp. etc., v. Southern Bus Lines, 5 Cir., 201 F.2d 53, certiorari denied, 345 U.S. 964, 73 S.Ct. 951, 97 L.Ed. 1383; Gulf Refining Co. v. United States, 269 U.S. 125, 46 S.Ct. 52, 70 L.Ed. 195; Hoxsey Cancer Clinic v. United States, 5 Cir., 212 F.2d 439, certiorari denied, 348 U.S. 835, 75 S.Ct. 58, 99 L.Ed. 659; Metropolitan Water Co. v. Kaw Valley Drainage District, 223 U.S. 519, 32 S.Ct. 246, 56 L.Ed. 533; Stewart v. Salamon, 97 U.S. 361, 24 L.Ed. 1044.